# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT



No. 07-60759

IN RE: STONEY FRANK STEWART

                                        Movant

Motion for an order authorizing
the United States District Court for the Southern
District of Mississippi to consider
a successive 28 U.S.C. § 2254 application

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:

     Stoney Frank Stewart, Mississippi prisoner # K6687, has moved this court for leave to file a second or successive application for federal habeas corpus relief under 28 U.S.C. § 2254. Stewart argues in this motion that he was indicted for burglary of a building other than a dwelling but was convicted of burglary of a church. His proposed claim does not meet the criteria set forth in 28 U.S.C. § 2244(b)(2) and would be subject to dismissal under § 2244(b)(1) because it was presented in a prior § 2254 application. Accordingly, IT IS ORDERED that Stewart's motion for leave to file a second or successive § 2254 application is DENIED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
                                DEC 0 4 2007